# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

JOSEPH W. MAY,
ADC #100355                                                                                          PLAINTIFF

v.                                    NO. 1:13CV00041 JLH/JTR

SHARON MEGLOTHLIN,
Program Coordinator/Treatment Counselor; and
MAXIE FOOTE, Captain, Wrightsville Unit,
Arkansas Department of Correction, *et al.*                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of defendants, and this case is dismissed without prejudice. This action is terminated, and the Court certifies that an *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

DATED this 18th day of March, 2014.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE